**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PETER A. KRAFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No.: 1:07-cv-1588-DFH-WTL |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Peter A. Kraft, on behalf of himself and all others similarly situated, by counsel, pursuant to Rules 41(a) and 23(e), respectfully requests that the Court dismiss this action without prejudice, and in support, states as follows:

1. Plaintiff initiated this action on December 7, 2007, alleging that Defendants committed securities violations under the PSLRA.

2. At or about the time that Plaintiff filed this case, numerous other actions alleging substantially identical securities violations were filed in the United States District Court for the Northern District of California where Defendant VeriFone is located. It is expected that the California cases will be consolidated in the California district court, and that, absent dismissal, this action would be transferred to California and consolidated with those cases.

3. The plaintiffs and proposed classes in the California cases are represented by highly competent counsel, and Plaintiff in this case is confident that his interests and the interests of the class he seeks to protect will be properly represented in those actions.

4. In light of the other actions pending in California, Plaintiff seeks voluntary dismissal of this action, which will allow his interests to be protected by the plaintiffs and counsel in California.

5. Counsel for Defendants, Scott C. Hall of Sullivan & Cromwell, LLP, has been contacted regarding this Motion to voluntarily dismiss without prejudice and has indicated no objection thereto. Counsel for Defendants also indicated no objection to each party bearing their own costs with respect to this action.

WHEREFORE, Plaintiff, Peter A. Kraft, on behalf of himself and all others similarly situated, by counsel, pursuant to Rules 41(a) and 23(e), respectfully requests that the Court dismiss this action without prejudice, and for all other just and proper relief.

Date: January 30, 2008

Respectfully submitted,

COHEN & MALAD, LLP

/s/ Eric S. Pavlack

Eric S. Pavlack
Irwin B. Levin
David J. Cutshaw
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
epavlack@cohenandmalad.com
ilevin@cohenandmalad.com
dcutshaw@cohenandmalad.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Irwin B. Levin
ilevin@cohenandmalad.com

David J. Cutshaw
dcutshaw@cohenandmalad.com

Eric S. Pavlack
epavlack@cohenandmalad.com

In addition, the foregoing has been served upon the following counsel of record via First Class United States Mail, postage prepaid, this 30th day of January, 2008:

Scott C. Hall
Sullivan & Cromwell, LLP
1870 Embarcadero Road
Palo Alto, CA 94303

/s/ Eric S. Pavlack
Eric S. Pavlack

Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: epavlack@cohenandmalad.com