**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| PETER A. KRAFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No.: 1:07-cv-1588-DFH-WTL |

**ORDER DISMISSING PLAINTIFF'S CLAIM WITHOUT PREJUDICE**

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice. The Court, having reviewed the Plaintiff's Motion, and otherwise being duly advised in the premises, now finds that Plaintiff's Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is hereby dismissed without prejudice, with each party to bear its own costs.

Date: 2/1/2008

DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Irwin B. Levin
ilevin@cohenandmalad.com

Eric S. Pavlack
epavlack@cohenandmalad.com

David J. Cutshaw
dcutshaw@cohenandmalad.com

Scott C. Hall
Sullivan & Cromwell, LLP
1870 Embarcadero Road
Palo Alto, CA 94303